```
                        UNITED STATES DISTRICT COURT
                          DISTRICT OF CONNECTICUT
```

------------------------------- x
DINA BISSON,                    :
                                :
        Plaintiff,              :
                                :
v.                              :    Civil No. 3:17-cv-96(AWT)
                                :
WORKDAY, INC.,                  :
                                :
        Defendant.              :
------------------------------- x

## ORDER

The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening on or before March 2, 2018.

If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before March 2, 2018.

The deadline set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

It is so ordered.

Dated at Hartford, Connecticut this 17th day of January, 2017.

                                        /s/AWT
                                   Alvin W. Thompson
                              United States District Judge